UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED SEP 13 2019
CLERK

Thelma Jackson
Stylez Jackson

name of plaintiff(s)

CIVIL ACTION

versus

National Center for missing and Expuilted Children

NO. _____ )

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   The NCmec did not follow protocals in recovering. Stylez Jackson (case number 1333246) Stylez Jackson was missing from June 28, 2018 - July 14, 2018

2. Plaintiff, Stylez Jackson, Thelma Jackson resides at

   1910 Bay St., Baton Rouge,
   street address          city

   East Baton Rouge, La, 40802, 225-828-2404
   parish          state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

   Thelma Jackson
   Stylez Jackson

3. Defendant, National Center of Missing & Exploited lives at, or its business is located at 333 John Carlyle St. St. 125
   street address

   Alexandria, _____, Va,
   city          parish          state

   22314/585 703-224-2150
   zip code   telephone number

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

NCMEC neither nor any Sheriff office in Louisiana assisted I, Thelma Jackson in recovering Stylez Jackson. Case number 133324 6. I have filed 2 complaints which the NCMEC have yet to respond.

5. Prayers for Relief (list what you want the Court to do):

a. 5.5 million U.S dollar

b. Justice be served on Stylez Jackson behalf

c. Psychologist for Stylez Jackson

d. Special doctor for Stylez physical aliments

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _Thelma Jackson_ day of _9_ , 20_19_
September

_Thelma Jackson_

(signature of plaintiff (s))