Aug 05, 2019

Thelma Jackson
Stylez Jackson
   vs.
National Center for Missing and Exploited Children

Stylez Jackson was kidnapped on June 28, 2019. I, Thelma Jackson contacted Jefferson Parish, St. James Parish, St. Charles Parish, East Baton Rouge Parish, State Police, and the Governor's Mansion. Recieving no help from these government entities I, Thelma Jackson posted Stylez Jackson disappearance on Instagram. Nestaze Bailey who lives on 3049 Mt. Kennedy Marrero, La 70072 who is now my former acquitant responded to the disappearance post and I, Thelma Jackson quote "I know where Stylez is but you dont." Along with other self incriminating evidence. When I, Thelma Jackson contacted the NCMEC I, Thelma Jackson felt that it was the only thing to be done. Upon contact the NCMEC was informed of every aspect of Stylez Jackson disappearance. The NCMEC knows just like every other government agency that grandparent(s) can not take (kidnap) a child and hold him from the parent. The NCMEC was also informed that the same grandparent that aided in Stylez Jackson disappearance (Sonja Dumas Jones)

(1)

The NCMEC was informed breifly of the kidnappe background. Sonja Dumas Jones signed over all 4 of her children including I, Thelma Jackson and at the times of the kidnapping incident She (Sonja Jones) still had a minor child under the age of 18 that was also not in her custody. Even with the NCMEC knowledge of her unfitness to take care and provide for her own offspring the NCMEC still did not act with care or urgency in returning my child Stylez Jackson into I, Thelma Jackson custody. Stylez Jackson was sexually abused and starved while in the custody of Sonja Dumas Jones, Nestaze Bailey, and etc. Stylez Jackson sufferring could have been avoided if the NCMEC would have acted urgently and with care. The NCMEC is the superior agency to the local and state agencies that also nellegected Stylez Jackson. The damage done to Stylez Jackson is irreversiable. The NCMEC did absoutrey nothing to protect Stylez Jackson durin his abduction and after he was recovered. Stylez Jackson was only recovered because of I, Thelma Jackson relentlessness to quit and force the law officers to abide by the laws and return my child Stylez Jackson to the safety of I, Thelma Jackson. Then the NCMEC had the nerve to call the house phone of 1910 Bay

St. Baton Rouge La 70802 to confirm that Stylez Jackson was back in I, Thelma Jackson custody. If the NCMEC could call to confirm the return of my child Stylez Jackson they (NCMEC) could have got my child Stylez Jackson back sooner and forced the local agencies sooner to return my child to me. Stylez Jackson and I, Thelma Jackson are still recovering from this traumatic event. The NCMEC and the federal and local agencies meant to protect, provide, and serve my child Stylez Jackson and I, Thelma Jackson have totally failed. Its been a year since this whole incident and my child and I, Thelma Jackson are still being harassed, stalked, and victimized. The NCMEC has yet to respond to I, Thelma Jackson intial greviance and adhere to our demands.

## Demands

- Stylez Jackson be awarded 1,000,000 U.S dollars for his pain and suffering that could have been avoided.
- Stylez Jackson be treated for therapy and developmental milestones by private child specialist that handles kidnapped children and the aftermath.
- The NCMEC respond to this grievance within 7 days of the date recieved.

Signature *Thelma Jackson* 08/05/19

~~Witness~~
Significant Other *Gerald Mcdowell* 08/05/19